UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

**Order Filed on December 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Michelle D. Easley

Case Number: 17-26225 JNP

Hearing Date:

Judge: Jerrold Poslusny Jr.

## AMENDED **ORDER  AUTHORIZING FINANCING**

The relief set forth on the following page two (2) is hereby **ORDERED**.

**DATED: December 13, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s):  Michelle D. Easley
Case No.: 17-26225 JNP
Caption of Order: ORDER  AUTHORIZING FINANCING

THIS MATTER having come before the Court by Michelle D. Easley, by and through counsel, Joseph J. Rogers, Esquire, for an Order granting his Motion to Approve the Financing of 125 Ciseley Drive, Sicklerville, NJ 08081 by the Debtor, and the Court having considered the matter, and for good cause,

IT IS on this           day of            , 2019,

ORDERED that Michelle D. Easley, shall be and hereby is granted her Motion to Approve the Financing of 125 Ciseley Drive, Sicklerville, NJ 08081 by the Debtor, for an amount not to exceed $219,000.00 at 4.5% interest for a period of 30 years.

IT IS FURTHER ORDERED that Michelle D. Easley shall file amended Schedules I and J and an amended Chapter 13 plan within twenty (20) days of this order.