UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

Order Filed on December 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Michelle D. Easley

Case Number: 17-26225 JNP

Hearing Date:

Judge: Jerrold Poslusny Jr.

# AMENDED ORDER AUTHORIZING FINANCING

The relief set forth on the following page two (2) is hereby **ORDERED**.

**DATED: December 13, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s):  Michelle D. Easley
Case No.: 17-26225 JNP
Caption of Order: ORDER  AUTHORIZING FINANCING

THIS MATTER having come before the Court by Michelle D. Easley, by and through counsel, Joseph J. Rogers, Esquire, for an Order granting his Motion to Approve the Financing of 125 Ciseley Drive, Sicklerville, NJ 08081 by the Debtor, and the Court having considered the matter, and for good cause,

IT IS on this           day of            , 2019,

ORDERED that Michelle D. Easley, shall be and hereby is granted her Motion to Approve the Financing of 125 Ciseley Drive, Sicklerville, NJ 08081 by the Debtor, for an amount not to exceed $219,000.00 at 4.5% interest for a period of 30 years.

IT IS FURTHER ORDERED that Michelle D. Easley shall file amended Schedules I and J and an amended Chapter 13 plan within twenty (20) days of this order.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 17-26225-JNP
Michelle D. Easley                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Dec 13, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db             +Michelle D. Easley,    44 Victoria Manor Ct,    Sicklerville, NJ 08081-2919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Michelle D. Easley jjresq@comcast.net,
               jjrogers0507@gmail.com
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8