UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

Order Filed on December 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Michelle D. Easley

Case Number: 17-26225 JNP

Hearing Date:

Judge: Jerrold Poslusny Jr.

## SECOND AMENDED ORDER AUTHORIZING FINANCING

The relief set forth on the following page two (2) is hereby **ORDERED**.

**DATED: December 18, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Michelle D. Easley
Case No.: 17-26225 JNP
Caption of Order: ORDER AUTHORIZING FINANCING

THIS MATTER having come before the Court by Michelle D. Easley, by and through counsel, Joseph J. Rogers, Esquire, for an Order granting his Motion to Approve the Financing of 125 Ciseley Drive, Sicklerville, NJ 08081 by the Debtor, and the Court having considered the matter, and for good cause,

IT IS on this _____ day of _____, 2019,

ORDERED that Michelle D. Easley, shall be and hereby is granted her Motion to Approve the Financing of 125 Ciseley Drive, Sicklerville, NJ 08081 by the Debtor, for an amount not to exceed $219,000.00 at 4.5% interest for a period of 30 years.

IT IS FURTHER ORDERED that Michelle D. Easley shall file amended Schedules I and J and an amended Chapter 13 plan within twenty (20) days of this order. The amended plan shall provide for sale of 44 Victoria Manor. Sicklerville, NJ and shall commit all non-exempt equity to the Chapter 13 plan.