UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

---

**Order Filed on December 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Michelle D. Easley

Case Number: 17-26225 JNP

Hearing Date:

Judge: Jerrold Poslusny Jr.

SECOND AMENDED **ORDER  AUTHORIZING FINANCING**

The relief set forth on the following page two (2) is hereby **ORDERED**.

**DATED: December 18, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Michelle D. Easley
Case No.: 17-26225 JNP
Caption of Order: ORDER AUTHORIZING FINANCING

THIS MATTER having come before the Court by Michelle D. Easley, by and through counsel, Joseph J. Rogers, Esquire, for an Order granting his Motion to Approve the Financing of 125 Ciseley Drive, Sicklerville, NJ 08081 by the Debtor, and the Court having considered the matter, and for good cause,

IT IS on this            day of            , 2019,

ORDERED that Michelle D. Easley, shall be and hereby is granted her Motion to Approve the Financing of 125 Ciseley Drive, Sicklerville, NJ 08081 by the Debtor, for an amount not to exceed $219,000.00 at 4.5% interest for a period of 30 years.

IT IS FURTHER ORDERED that Michelle D. Easley shall file amended Schedules I and J and an amended Chapter 13 plan within twenty (20) days of this order. The amended plan shall provide for sale of 44 Victoria Manor. Sicklerville, NJ and shall commit all non-exempt equity to the Chapter 13 plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Michelle D. Easley  
    Debtor

Case No. 17-26225-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin    Page 1 of 1    Date Rcvd: Dec 18, 2019  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2019.  
db         +Michelle D. Easley,    44 Victoria Manor Ct,    Sicklerville, NJ 08081-2919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Joseph J. Rogers    on behalf of Debtor Michelle D. Easley jjresq@comcast.net, jjrogers0507@gmail.com  
          Raymond   Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                    TOTAL: 8