Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−26225−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle D. Easley
   44 Victoria Manor Ct
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−3058

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       3/19/20
Time:       02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Joseph J. Rogers, Debtor's Attorney

COMMISSION OR FEES
FEES: $1500.00

EXPENSES
EXPENSES: $0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑   will not reduce the amount to be paid to general unsecured creditors under the plan.

☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 19, 2020
JAN:

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-26225-JNP
Michelle D. Easley                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: Feb 19, 2020
                              Form ID: 137             Total Noticed: 78

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
```
db              #+Michelle D. Easley,    44 Victoria Manor Ct,    Sicklerville, NJ 08081-2919
516995381        +ARS/Account Resolution Specialist,    PO Box 459079,    Fort Lauderdale, FL 33345-9079
516995373         Advanced Call Center Technologies LLC,    PO Box 9091,    Gray, TN 37615-9091
516995374        +Advocare SIMA,    PO Box 3001 D42,    Voorhees, NJ 08043-0598
516995377       #+Alliedinterstate,    Po Box 361477,    Columbus, OH 43236-1477
516995379        +Alltran Financial LP,    PO Box 4044,    Concord, CA 94524-4044
516995383        +Asset Recovery Solutio,    2200 E Devon Ave Ste 200,    Des Plaines, IL 60018-4501
516995386        +Bio Reference Lab Inc.,    487 Edward H Ross Drive,    Elmwood Park, NJ 07407-3127
516995388         Capital Mangement Services LP,    681 1/2 South Ogden Street,    Buffalo, NY 14206-2317
517115257         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516995391        +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                   Saint Louis, MO 63179-0040
516995392        +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                   Saint Louis, MO 63179-0040
517090279         Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
516995396        +Credit First National Assoc,    Attn: BK Credit Operations,    Po Box 81315,
                   Cleveland, OH 44181-0315
516995397         Financial Recoveries,    PO Box 1388,    Mt Laurel, NJ 08054-7388
516995398        +Food Network Magazine,    PO Box 6093,    Harlan, IA 51593-1593
516995399        +Garden Gate,    2200 Grand Avenue,    Des Moines, IA 50312-5306
516995401        +HGTV Magzaine,    PO Box 6093,    Harlan, IA 51593-1593
516995403        +J.C. Christensen & Associates,    PO Box 519,    Sauk Rapids, MN 56379-0519
516995404       #+Judith Easley,    14 Wynmere Drive,    Sicklerville, NJ 08081-2213
516995405         Kennedy Medical Group,    PO Box 95000 CL 4570,    Philadelphia, PA 19195-0001
516995407        +Lyons, Doughty & Veldhuis PC,    PO Box 1269,    Mt Laurel, NJ 08054-7269
516995409        +M & M Property Management,    169 Bate Avenue, Suite E,    West Berlin, NJ 08091-1875
517117560        +MidFirst Bank,    999 NorthWest Grand Blvd,    Oklahoma City, OK 73118-6051
516995417        +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                   Oklahoma City, OK 73126-0648
516995421         Pressler And Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516995422        +Progressive Financial Services Inc.,    PO Box 22083,    Tempe, AZ 85285-2083
516995424        +Quality Collectin Services,    Po Box 4699,    Petalmula, CA 94955-4699
516995425        +Ralph Gonzalez, Attorney at Law,    2 Woodbrook Rd,    Voorhees, NJ 08043-2843
517187434        ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Department of Treasury,
                   Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516995427         South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
516995430         State Of New Jersey,    CN-190,    Division Of Taxation,    Trenton, NJ 08650
516995431         Stoneleigh Recovery Associates,    PO Box 1479,    Lombard, IL 60148-8479
517054834        +TD Bank NA,    Richard J. Tracy, III, Esq.,    30 Montgomery Street, Suite 1205,
                   Jersey City, NJ 07302-3835
517053897        +TD Bank, N.A.,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
516995444        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                   Cedar Rapids, IA 52408)
516995440         Target Corporation,    PO Box 038994,    Tuscaloosa, AL 35403-8994
516995441        +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
516995443        +The Bureaus Inc,    650 Dundee Road Suite 370,    Northbrook, IL 60062-2757
517073018        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516995446        +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516995447        +Wisconsin Energy Conservation,    431 Charmany Dr.,    Madison, WI 53719-1234
516995400        +good Housekeeping,    PO Box 6093,    Harlan, IA 51593-1593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2020 00:29:47      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2020 00:29:43      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
516995375       +E-mail/Text: kristin.villneauve@allianceoneinc.com Feb 20 2020 00:28:38
                   AllianceOne Receivables Management,    4850 Street Road, Suite 300,    Trevose, PA 19053-6643
516995384       +E-mail/Text: bankruptcy@pepcoholdings.com Feb 20 2020 00:29:12      Atlantic City Electric,
                   5 Collins Drive Suite 2133,    Pepco Holdings Inc,    Carneys Point, NJ 08069-3600
516995385       +E-mail/Text: ACF-EBN@acf-inc.com Feb 20 2020 00:28:35      Atlantic Credit & Finance,
                   PO box 11887,    Roanoke, VA 24022-1887
517173868       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 00:31:53
                   Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                   PO Box 41021,    Norfolk VA 23541-1021
516995395        E-mail/Text: customercareus@creditcorpsolutionsinc.com Feb 20 2020 00:28:31
                   Credit Corp Solutions Inc,    180 Election Road Suite 200,    Draper, UT 84020
516995387       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2020 00:33:14      Cap1/boscv,
                   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
```

```
District/off: 0312-1              User: admin              Page 2 of 3              Date Rcvd: Feb 19, 2020
                                  Form ID: 137             Total Noticed: 78


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516995389       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2020 00:33:14      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516995393        +E-mail/Text: mediamanagers@clientservices.com Feb 20 2020 00:28:39      Client Services,
                 3451 Harry Truman Blvd,    St Charles, MO 63301-9816
516995394        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 20 2020 00:29:27      Comenity/ Pier 1 Imports,
                 PO Box 659617,    San Antonio, TX 78265-9617
517185747         E-mail/Text: bnc-quantum@quantum3group.com Feb 20 2020 00:29:37
                 Department Stores National Bank,   c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
516995402         E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 20 2020 00:29:02      Internal Revenue Service,
                 955 South Springfield Avenue,    Bankruptcy Department,    Springfield, NJ 08071
516995406        +E-mail/Text: bncnotices@becket-lee.com Feb 20 2020 00:28:48      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
516995410        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2020 00:29:43      Midland Credit Mgmt,
                 PO Box 2121,    Warren, MI 48090-2121
516995411        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2020 00:29:43      Midland Funding,
                 Attn: Bankruptcy,    PO Box 939069,    San Diego, CA 92193-9069
516995416        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2020 00:29:43      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517163914        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2020 00:29:43      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516995419         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 00:43:59
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
517142647         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 00:32:38
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
517142650         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 00:33:21
                 Portfolio Recovery Associates, LLC,    c/o Tjx,    POB 41067,    Norfolk VA 23541
517174369         E-mail/Text: bnc-quantum@quantum3group.com Feb 20 2020 00:29:37
                 Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                 Kirkland, WA  98083-0788
517174935         E-mail/Text: bnc-quantum@quantum3group.com Feb 20 2020 00:29:37
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
516995426         E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:32:15      Sams Club,    PO Box 530942,
                 Atlanta, GA 30353-0942
516995432        +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:31:37      Syncb/ Old Navy,    PO Box 965005,
                 Orlando, FL 32896-5005
516995433        +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:31:37      Syncb/ TJX Cos,    PO BOx 965064,
                 Orlando, FL 32896-5064
516995434        +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:32:16      Syncb/HHGREG,    Po Box 965035,
                 Orlando, FL 32896-5035
516995436        +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:31:37      Syncb/Nations,    Po box 965064,
                 Orlando, FL 32896-5064
516995435        +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:31:37      Syncb/lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
516997650        +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:31:37      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516995437        +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:32:16      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516995438        +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:32:16      Synchrony Bank/Sams,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
516995439        +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 00:32:17      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516995442         E-mail/Text: bankruptcy@td.com Feb 20 2020 00:29:49      TD Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME 04243
517208447        +E-mail/Text: bncmail@w-legal.com Feb 20 2020 00:29:57      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 35

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516995382*      +ARS/Account Resolution Specialist,    PO Box 459079,    Fort Lauderdale, FL 33345-9079
516995376*      +AllianceOne Receivables Management,    4850 Street Road, Suite 300,    Trevose, PA 19053-6643
516995378*      +Alliedinterstate,    Po Box 361477,    Columbus, OH 43236-1477
516997119*      +Good Housekeeping,    PO Box 6093,    Harlan, IA 51593-1593
517036124*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516995408*      +Lyons, Doughty & Veldhuis PC,    PO Box 1269,    Mt Laurel, NJ 08054-7269
516995412*      +Midland Funding,    Attn: Bankruptcy,    PO Box 939069,    San Diego, CA 92193-9069
516995413*      +Midland Funding,    Attn: Bankruptcy,    PO Box 939069,    San Diego, CA 92193-9069
516995414*      +Midland Funding,    Attn: Bankruptcy,    PO Box 939069,    San Diego, CA 92193-9069
516995415*      +Midland Funding,    Attn: Bankruptcy,    PO Box 939069,    San Diego, CA 92193-9069
517164652*      +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
516995420*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,      Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541)
516995423*      +Progressive Financial Services Inc.,    PO Box 22083,    Tempe, AZ 85285-2083
516995429*      +Spruce Lending,    201 Mission Street, 11th Floor,    San Francisco, CA 94105-8100
```

Case 17-26225-JNP    Doc 61    Filed 02/21/20    Entered 02/22/20 00:33:44    Desc Imaged
                     Certificate of Notice    Page 5 of 5

```
District/off: 0312-1          User: admin                  Page 3 of 3                  Date Rcvd: Feb 19, 2020
                              Form ID: 137                 Total Noticed: 78

516995380      ##+Alpha Recovery Corp,    5660 Greenwood Plaza Blvd Suite 101,    Grennwood Village, CO 80111-2417
516995390 ##++++CENTRAL CREDIT SERVICE,    2070 LITTLE HILLS EXPY,    SAINT CHARLES MO  63301-3708
              (address filed with court:   Central Credit Service,    20 Corporate Hills Dr,
                Saint Charles, MO 63301)
516995418       ##Monarch Recovery Management,    10965 Decatur Road,    Philadlephia, PA 19154-3210
516995428      ##+Spruce Lending,    201 Mission Street, 11th Floor,    San Francisco, CA 94105-8100
516995445      ##+Viewtech Financial Ser,    4761 E Hunter Ave,    Anaheim, CA 92807-1940
                                                                                          TOTALS: 0, * 14, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Michelle D. Easley jjresq@comcast.net,
               jjrogers0507@gmail.com
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```