| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Joseph J. Rogers, Esquire(JJR 1185)<br>The Law Offices of Rogers and Snavely<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, New Jersey 08012<br>856-228-7964<br><br>In Re:<br><br>Michelle Easley | Order Filed on September 21, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:     17-26225 JNP<br><br>Chapter:     13<br><br>Hearing Date:    <br><br>Judge:     Jerrold N. Poslusny Jr |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**     ☒ **LIEN**     ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 21, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

    The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 44 Victoria Manor, Sicklerville, NJ 08081

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: Midland Funding/CitiBank, N.A./Sears
    b. Current Assignee: Midland Funding LLC  VJ - 007816-16 DJ063157-17
    c. Current Servicer: Midland Credit Mgmt, Inc as agent for Midland Funding LLC
    d. Date of Mortgage/Lien: October 26, 2016
    e. Date of Recordation: n/a
    f. Place of Recordation: Superior Court of NJ Camden County Special Civil Part
        i. Mortgage Book: n/a     DC 007104-16
        ii. Page: n/a
    g. Original Principal Balance of Mortgage/Lien: $ 1398

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-26225-JNP |
| Michelle D. Easley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 21, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

**Recip ID    Recipient Name and Address**
db            + Michelle D. Easley, 125 Ciseley Drive, Sicklerville, NJ 08081-5719

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2022              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:**

**Name                Email Address**

Denise E. Carlon
                    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
                    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
                    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Joseph J. Rogers
                    on behalf of Debtor Michelle D. Easley jjresq@comcast.net  jjrogers0507@gmail.com

Raymond Shockley, Jr
                    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 21, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Rebecca Ann Solarz  on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8