**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Michelle D. Easley**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3058<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–26225–JNP | |

# Order of Discharge                                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Michelle D. Easley

10/19/22                                                                                     **By the court:** Jerrold N. Poslusny Jr.
                                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Michelle D. Easley  
    Debtor

Case No. 17-26225-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5  
Date Rcvd: Oct 19, 2022      Form ID: 3180W      Total Noticed: 82

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle D. Easley, 125 Ciseley Drive, Sicklerville, NJ 08081-5719 |
| 516995374 | + | Advocare SIMA, PO Box 3001 D42, Voorhees, NJ 08043-0598 |
| 516995380 | + | Alpha Recovery Corp, 5660 Greenwood Plaza Blvd Suite 101, Grennwood Village, CO 80111-2417 |
| 516995385 | + | Atlantic Credit & Finance, PO box 11887, Roanoke, VA 24022-1887 |
| 516995386 | + | Bio Reference Lab Inc., 487 Edward H Ross Drive, Elmwood Park, NJ 07407-3127 |
| 516995390 | ++++ | CENTRAL CREDIT SERVICE, 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Central Credit Service, 20 Corporate Hills Dr, Saint Charles, MO 63301 |
| 516995388 | | Capital Mangement Services LP, 681 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 516995398 | + | Food Network Magazine, PO Box 6093, Harlan, IA 51593-1593 |
| 516995399 | + | Garden Gate, 2200 Grand Avenue, Des Moines, IA 50312-5306 |
| 516995401 | + | HGTV Magzaine, PO Box 6093, Harlan, IA 51593-1593 |
| 516995403 | + | J.C. Christensen & Associates, PO Box 519, Sauk Rapids, MN 56379-0519 |
| 516995405 | | Kennedy Medical Group, PO Box 95000 CL 4570, Philadelphia, PA 19195-0001 |
| 516995409 | + | M & M Property Management, 169 Bate Avenue, Suite E, West Berlin, NJ 08091-1875 |
| 516995422 | + | Progressive Financial Services Inc., PO Box 22083, Tempe, AZ 85285-2083 |
| 516995425 | + | Ralph Gonzalez, Attorney at Law, 2 Woodbrook Rd, Voorhees, NJ 08043-2843 |
| 516995427 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 516995428 | + | Spruce Lending, 201 Mission Street, 11th Floor, San Francisco, CA 94105-8100 |
| 516995430 | | State Of New Jersey, CN-190, Division Of Taxation, Trenton, NJ 08650 |
| 517187434 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517054834 | + | TD Bank NA, Richard J. Tracy, III, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 517053897 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 516995445 | + | Viewtech Financial Ser, 4761 E Hunter Ave, Anaheim, CA 92807-1940 |
| 516995447 | + | Wisconsin Energy Conservation, 431 Charmany Dr., Madison, WI 53719-1234 |
| 516995400 | + | good Housekeeping, PO Box 6093, Harlan, IA 51593-1593 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 19 2022 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 19 2022 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2022 20:50:00 | Midland Credit Management, Inc., 320 E. Big Beaver Road, Suite 300, Troy, MI 48083-1271 |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| 516995381 | ^ MEBN | Oct 19 2022 20:45:57 | ARS/Account Resolution Specialist, PO Box 459079, Fort Lauderdale, FL 33345-9079 |
| 516995373 | ^ MEBN | Oct 19 2022 20:45:39 | Advanced Call Center Technologies LLC, PO Box 9091, Gray, TN 37615-9091 |
| 516995375 | + Email/Text: kristin.villneauve@allianceoneinc.com | Oct 19 2022 20:49:00 | AllianceOne Receivables Management, 4850 Street Road, Suite 300, Trevose, PA 19053-6643 |
| 516995379 | + Email/Text: bankruptcydepartment@tsico.com | Oct 19 2022 20:50:00 | Alltran Financial LP, PO Box 4044, Concord, CA 94524-4044 |
| 516995383 | ^ MEBN | Oct 19 2022 20:45:52 | Asset Recovery Solutio, 2200 E Devon Ave Ste 200, Des Plaines, IL 60018-4501 |
| 516995384 | + Email/Text: bankruptcy@pepcoholdings.com | Oct 19 2022 20:50:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Carneys Point, NJ 08069-3600 |
| 517173868 | + EDI: RECOVERYCORP.COM | Oct 20 2022 00:43:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516995395 | Email/Text: customercareus@creditcorpsolutionsinc.com | Oct 19 2022 20:49:00 | Credit Corp Solutions Inc, 180 Election Road Suite 200, Draper, UT 84020 |
| 516995387 | + EDI: CAPITALONE.COM | Oct 20 2022 00:43:00 | Cap1/boscv, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 516995389 | + EDI: CAPITALONE.COM | Oct 20 2022 00:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517115257 | Email/PDF: bncnotices@becket-lee.com | Oct 19 2022 20:54:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516995391 | + EDI: CITICORP.COM | Oct 20 2022 00:43:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516995392 | + EDI: CITICORP.COM | Oct 20 2022 00:43:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516995393 | + Email/Text: mediamanagers@clientservices.com | Oct 19 2022 20:49:00 | Client Services, 3451 Harry Truman Blvd, St Charles, MO 63301-9816 |
| 516995394 | + EDI: WFNNB.COM | Oct 20 2022 00:43:00 | Comenity/ Pier 1 Imports, PO Box 659617, San Antonio, TX 78265-9617 |
| 517090279 | EDI: CRFRSTNA.COM | Oct 20 2022 00:43:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 516995396 | + EDI: CRFRSTNA.COM | Oct 20 2022 00:43:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 516995446 | + EDI: CITICORP.COM | Oct 20 2022 00:43:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517185747 | EDI: Q3G.COM | Oct 20 2022 00:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516995397 | ^ MEBN | Oct 19 2022 20:46:05 | Financial Recoveries, PO Box 1388, Mt Laurel, NJ 08054-7388 |
| 516995402 | EDI: IRS.COM | Oct 20 2022 00:43:00 | Internal Revenue Service, 955 South Springfield Avenue, Bankruptcy Department, Springfield, NJ 08071 |
| 516995406 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 19 2022 20:49:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 516995407 | + Email/Text: BKNotice@ldvlaw.com | Oct 19 2022 20:49:00 | Lyons, Doughty & Veldhuis PC, PO Box 1269, Mt Laurel, NJ 08054-7269 |

| | | | |
|---|---|---|---|
| Case 17-26225-JNP | Doc 83 | Filed 10/21/22 Entered 10/22/22 00:15:37 | Desc Imaged |
| | Certificate of Notice | Page 5 of 7 | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 5 |
| Date Rcvd: Oct 19, 2022 | Form ID: 3180W | Total Noticed: 82 |

| Recipient ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 516995418 | Email/Text: compliance@monarchrm.com | Oct 19 2022 20:49:00 | Monarch Recovery Management, 10965 Decatur Road, Philadlephia, PA 19154-3210 |
| 517117560 | + EDI: AISMIDFIRST | Oct 20 2022 00:43:00 | MidFirst Bank, 999 NorthWest Grand Blvd, Oklahoma City, OK 73118-6051 |
| 516995410 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2022 20:50:00 | Midland Credit Mgmt, PO Box 2121, Warren, MI 48090-2121 |
| 516995411 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2022 20:50:00 | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 516995416 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2022 20:50:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 517163914 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2022 20:50:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516995417 | + EDI: AISMIDFIRST | Oct 20 2022 00:43:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 516995419 | EDI: PRA.COM | Oct 20 2022 00:43:00 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 517142647 | EDI: PRA.COM | Oct 20 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517142650 | EDI: PRA.COM | Oct 20 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 516995421 | Email/Text: signed.order@pfwattorneys.com | Oct 19 2022 20:49:00 | Pressler And Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516995424 | + Email/Text: clientrelations@optiosolutions.com | Oct 19 2022 20:49:00 | Quality Collectin Services, Po Box 4699, Petalmula, CA 94955-4699 |
| 517174935 | EDI: Q3G.COM | Oct 20 2022 00:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517174369 | EDI: Q3G.COM | Oct 20 2022 00:43:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518831517 | Email/PDF: bncnotices@becket-lee.com | Oct 19 2022 20:54:41 | SORBUS TRUST II, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516995426 | EDI: RMSC.COM | Oct 20 2022 00:43:00 | Sams Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 516995432 | + EDI: RMSC.COM | Oct 20 2022 00:43:00 | Syncb/ Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 516995433 | + EDI: RMSC.COM | Oct 20 2022 00:43:00 | Syncb/ TJX Cos, PO BOx 965064, Orlando, FL 32896-5064 |
| 516995434 | + EDI: RMSC.COM | Oct 20 2022 00:43:00 | Syncb/HHGREG, Po Box 965035, Orlando, FL 32896-5035 |
| 516995436 | + EDI: RMSC.COM | Oct 20 2022 00:43:00 | Syncb/Nations, Po box 965064, Orlando, FL 32896-5064 |
| 516995435 | + EDI: RMSC.COM | Oct 20 2022 00:43:00 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 516997650 | + EDI: RMSC.COM | Oct 20 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516995437 | + EDI: RMSC.COM | Oct 20 2022 00:43:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516995438 | + EDI: RMSC.COM | Oct 20 2022 00:43:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

Case 17-26225-JNP    Doc 83    Filed 10/21/22    Entered 10/22/22 00:15:37    Desc Imaged
                         Certificate of Notice    Page 6 of 7

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 19, 2022 | Form ID: 3180W | Total Noticed: 82 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 516995439 | + | EDI: RMSC.COM | Oct 20 2022 00:43:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516995442 | | EDI: TDBANKNORTH.COM | Oct 20 2022 00:43:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |
| 517208447 | + | Email/Text: bncmail@w-legal.com | Oct 19 2022 20:50:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516995444 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 19 2022 20:50:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 516995440 | | EDI: WTRRNBANK.COM | Oct 20 2022 00:43:00 | Target Corporation, PO BOX 038994, Tuscaloosa, AL 35403-8994 |
| 516995441 | + | EDI: WTRRNBANK.COM | Oct 20 2022 00:43:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 516995443 | + | EDI: PRATHEBUR | Oct 20 2022 00:43:00 | The Bureaus Inc, 650 Dundee Road Suite 370, Northbrook, IL 60062-2757 |
| 517073018 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 19 2022 20:49:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 58

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516995382 | *+ | ARS/Account Resolution Specialist, PO Box 459079, Fort Lauderdale, FL 33345-9079 |
| 516995376 | *+ | AllianceOne Receivables Management, 4850 Street Road, Suite 300, Trevose, PA 19053-6643 |
| 516995378 | *+ | Alliedinterstate, Po Box 361477, Columbus, OH 43236-1477 |
| 516997119 | *+ | Good Housekeeping, PO Box 6093, Harlan, IA 51593-1593 |
| 517036124 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516995408 | *+ | Lyons, Doughty & Veldhuis PC, PO Box 1269, Mt Laurel, NJ 08054-7269 |
| 516995412 | *+ | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 516995413 | *+ | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 516995414 | *+ | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 516995415 | *+ | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 517164652 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516995420 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 516995423 | *+ | Progressive Financial Services Inc., PO Box 22083, Tempe, AZ 85285-2083 |
| 516995429 | *+ | Spruce Lending, 201 Mission Street, 11th Floor, San Francisco, CA 94105-8100 |
| 516995377 | ##+ | Alliedinterstate, Po Box 361477, Columbus, OH 43236-1477 |
| 516995404 | ##+ | Judith Easley, 14 Wynmere Drive, Sicklerville, NJ 08081-2213 |
| 516995431 | ## | Stoneleigh Recovery Associates, PO Box 1479, Lombard, IL 60148-8479 |

TOTAL: 0 Undeliverable, 14 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Michelle D. Easley jjresq@comcast.net jjrogers0507@gmail.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7